IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUCINDA K. BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>Social Security Administration;<br><br>    Defendant. | 4:12CV3056<br><br>**ORDER** |

IT IS ORDERED:

1) Plaintiff's unopposed oral motion for an extension of the briefing schedule, (filing no. 21), is granted. Plaintiff shall file a brief by September 24, 2012.

2) Defendant shall file a responsive brief by October 24, 2012.

3) Plaintiff may file a reply brief by November 7, 2012.

4) This case will be ripe for decision on November 8, 2012.

5) The clerk's office shall mail a copy of this order to Plaintiff at the address provided in her complaint, (filing no. 1).

Dated this 22nd day of August, 2012.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge